FILED
NOV 1 2018
DAVID CREWS, CLERK
BY _____ Deputy

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | | |
|---|---|---|
| RACHEL HARRIS, GUARDIAN OF STEVEN JESSE HARRIS ON BEHALF OF STEVEN JESSE HARRIS | ) ) ) ) | PLAINTIFF |
| V. | ) ) ) | CAUSE NO. <u>1:18cv 167-SA-RP</u> |
| CLAY COUNTY, MISSISSIPPI, et al | ) | DEFENDANTS |

## ANSWER TO PLAINTIFF'S
## FIRST AMENDED COMPLAINT

COMES NOW, Nancy Stuart, Defendant, *pro se,* and files this her answer to the Plaintiff's First Amended Complaint, to-wit:

### INTRODUCTION

1. DENIED
2. DENIED
3. DENIED
4. DENIED
5. DENIED

### JURISDICTION AND VENUE

6. DENIED

### THE PARTIES

7. DENIED
8. DENIED
9. DENIED
10. DENIED
11. DENIED
12. DENIED

13. DENIED
14. DENIED
15. DENIED
16. DENIED
17. DENIED

## GENERAL ALLEGATIONS

18. DENIED
19. DENIED
20. DENIED
21. DENIED
22. DENIED
23. DENIED
24. DENIED
25. DENIED
26. DENIED
27. DENIED
28. DENIED
29. DENIED
30. DENIED
31. DENIED
32. DENIED
33. DENIED
34. DENIED
35. DENIED
36. DENIED
37. DENIED
38. DENIED
38. *(sic)* DENIED

## COUNT ONE

39. DENIED

40. DENIED
41. DENIED
42. DENIED
43. DENIED
44. DENIED
45. DENIED
46. DENIED
47. DENIED
48. DENIED
49. DENIED
50. DENIED
51. DENIED
52. DENIED
53. DENIED
54. DENIED
55. DENIED
56. DENIED
57. DENIED
58. DENIED

### COUNT II – MALICIOUS PROSECUTION

59. DENIED
60. DENIED
61. DENIED
62. DENIED
63. DENIED
64. DENIED
65. DENIED
66. DENIED
67. DENIED
68. DENIED
69. DENIED

70. DENIED
71. DENIED
72. DENIED

### COUNT III-42 U.S.C SECTION 1983

73. DENIED
74. DENIED
75. DENIED
76. DENIED
77. DENIED

### COUNT IV—STATE LAW CLAIM

78. DENIED
79. DENIED
80. DENIED
81. DENIED
82. DENIED

### COUNT V- VIOLATION OF 14TH AMENDMENT RIGHTS

83. DENIED
84. DENIED
85. DENIED
86. DENIED
87. DENIED
88. DENIED
89. DENIED
90. DENIED
91. DENIED
92. DENIED
93. DENIED
94. DENIED
95. DENIED
96. DENIED

97. DENIED

98. DENIED

99. DENIED

100. DENIED

101. DENIED

102. DENIED

103. DENIED

### COUNT VI-VIOLATION OF 13TH AND 14TH AMENDMENTS

104. DENIED

105. DENIED

106. DENIED

107. DENIED

108. DENIED

### COUNT VII- NEGLIGENCE

109. DENIED

110. DENIED

111. DENIED

112. DENIED

113. DENIED

114. DENIED

115. DENIED

116. DENIED

117. DENIED

118. DENIED

119. DENIED

120. DENIED

121. DENIED

122. DENIED

123. DENIED

124. DENIED

125. DENIED

126. DENIED

127. DENIED

128. DENIED

129. DENIED

130. DENIED

## COUNT VIII- GROSS NEGLIGENCE

131. DENIED

132. DENIED

133. DENIED

134. DENIED

135. DENIED

136. DENIED

137. DENIED

138. DENIED

139. DENIED

140. DENIED

141. DENIED

142. DENIED

143. DENIED

144. DENIED

145. DENIED

146. DENIED

147. DENIED

148. DENIED

149. DENIED

150. DENIED

151. DENIED

152. DENIED

## COUNT IX—PUNITIVE DAMAGES

153. DENIED

154. DENIED

155. DENIED

156. DENIED

AND NOW HAVING FULLY ANSWERED, the allegations, Defendant Stuart denies the Plaintiff's Prayer for Relief should be granted, and further that the allegations be dismissed and Plaintiff held responsible for costs of court.

## AFFIRMATIVE DEFENSES

Defendant Stuart raise the following affirmative defenses and upon a hearing thereon, that the complaint be wholly dismissed, to-wit:

1. Statute of Limitations
2. Rule 12 (b) 6 F.R.C.P.

Respectfully submitted this the 30th day of October, 2018.

*Nancy H. Stuart*
Nancy H. Stuart, *pro se* Defendant
MSB#8005 (inactive)
192 Lemon Tree Circle
Union Grove, AL 35175
256-550-1078 (phone)
(no fax)
Email: 192nhs@gmail.com

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | | |
|---|---|---|
| RACHEL HARRIS, GUARDIAN OF STEVEN JESSE HARRIS ON BEHALF OF STEVEN JESSE HARRIS | ) ) ) ) | PLAINTIFF |
| V. | ) ) ) | CAUSE NO. <u>1:18cv 167-SA-RP</u> |
| CLAY COUNTY, MISSISSIPPI, et al | ) | DEFENDANTS |

<u>NOTICE OF CONVENTIONAL FILING</u>

DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT can not be filed electronically. This document has been manually served on all parties.

This the 30th day of October, 2018.

*/s/ Nancy H. Stuart*
Nancy H. Stuart *pro se* Defendant
MSB#8005 (inactive)
192 Lemon Tree Circle
Union Grove, AL 35175
256-550-1078 (phone)
(no fax)
Email: 192nhs@gmail.com

John & Nancy Stuart
192 Lemon Tree Cir
Union Grove, AL 35175

BIRMINGHAM AL 350
30 OCT 2018 PM 1 L

U.S. District CT Clerk
N.D. MS
203 Gilmore Dr.
Amory, MS 38821

RECEIVED
NOV - 1 2018
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

38821-540203