IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**RACHEL HARRIS, Guardian of Steven Jessie**
**Harris on behalf of Steven Jessie Harris**                               **PLAINTIFF**

**V.**                                 **CIVIL ACTION NO. 1:18CV167-DMB-RP**

**CLAY COUNTY, MISSISSIPPI, et al.**                                **DEFENDANTS**

## SHOW CAUSE ORDER

Plaintiff filed suit on September 4, 2018. Docket 1. Since it initiated litigation, plaintiff has not served defendant Pearson Lidell, Jr. despite two Notices of Incomplete Process filed by the Clerk of Court on December 6, 2018 and March 6, 2019, notifying plaintiff that no summons had been served on Lidell. Federal Rule of Civil Procedure 4(m) dictates, "[if] a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Accordingly, the plaintiff is hereby

**ORDERED to show cause why its case should not be dismissed against Pearson Lidell, Jr. pursuant to Rule 4(m) no later than March 21, 2019. If plaintiff fails to respond to this order, the claims against Pearson Lidell, Jr. will be dismissed by the court.**

This, the 7th day of March, 2019.

                                                        /s/ Roy Percy
                                                        UNITED STATES MAGISTRATE JUDGE