IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RACHEL HARRIS, GUARDIAN OF
STEVEN JESSIE HARRIS                                                                           PLAINTIFF

VS.                                                  CIVIL ACTION NUMBER 1:18-cv-167 MPM-RP

CLAY COUNTY, MISSISSIPPI et al                                                            DEFENDANTS

## ORDER

Several of the defendants in this case filed motions to dismiss plaintiff's original complaint. Plaintiff has since filed an amended complaint, and defendants have filed renewed motions to dismiss. It is thus apparent that the arguments set forth in defendants' original motions to dismiss have been superseded by events in this case, and these motions are therefore due to be dismissed as moot.

It is therefore ordered that defendants' motions to dismiss [15-1, 37-1, 39-1] are dismissed as moot, without prejudice to the arguments asserted therein being raised in subsequent briefing. The motions to dismiss filed by defendant Thad Buck and Nancy Stuart [75-1, 96-1] are likewise dismissed as moot, since plaintiff has voluntarily dismissed her claims against them.

This, the 8th day of July, 2019.

/s/ MICHAEL P. MILLS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI