IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RACHEL HARRIS, GUARDIAN OF　　　　　　　　　　　　　　　　PLAINTIFF
STEVEN JESSIE HARRIS ON BEHALF
OF STEVEN JESSIE HARRIS

v.　　　　　　　　　　　　　　　　CIVIL ACTION NO.: 1:18cv167-MPM-RP

CLAY COUNTY, MISSISSIPPI et al　　　　　　　　　　　　　　DEFENDANTS

---

**ORDER DISMISSING INDIVIDUAL CAPACITY CLAIMS ASSERTED UNDER THE AMERICANS WITH DISABILITIES ACT AND THE REHABILITATION ACT**

---

Plaintiff filed a Third Amended Complaint on April 6, 2020 at docket entry 139. Count I at page 17 of the Third Amended Complaint names some Defendants in apparent individual capacities relative to alleged of violations of the Americans with Disabilities Act (the ADA), 42 U.S.C.§§12131,et. seq., and the Rehabilitation Act (the Rehab Act), 29 U.S.C.§ 794. The Court addressed the ADA/Rehab claims asserted against any defendant in individual capacity by order dated March 25, 2020 at docket # 135 and all of said claims against individual Defendants were dismissed. All ADA/Rehab individual capacity claims that may have been asserted in the Third Amended Complaint are dismissed in accord with the reasons stated in the Court's prior order at docket # 135.

So ordered this the 29 day of April, 2020.

_____
Michael P. Mills, United States District Court
Northern District of Mississippi

Agreed:
/s/ Katherine S. Kerby
Katherine S. Kerby, MSB#3584
Attorney for Clay County, Mississippi,
Sheriff Eddie Scott, and former Sheriff
Laddie Huffman

Agreed:

/s/ Carlos E. Moore
Carlos E. Moore, MSB#100685
Attorney for Plaintiff

Agreed:

/s/ Mary Jo Woods
Mary Jo Woods, MSB#10468
Attorney for Forrest Allgood

Agreed:

/s/ William R. Allen
William R. Allen, MSB#100541
Attorneys for Tanya West

Agreed:

/s/ Charles E. Cowan
Charles E. Cowan, MSB#104478
Attorneys for Pearson Liddell, Jr.