IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RACHEL HARRIS, GUARDIAN OF
STEVEN JESSIE HARRIS ON BEHALF OF
STEVEN JESSIE HARRIS                                                                  PLAINTIFFS

VS.                                                         CIVIL ACTION NO. 1:18-cv-00167-MPM-RP

CLAY COUNTY, MISSISSIPPI, ET AL.                                                      DEFENDANTS

### ORDER GRANTING MOTION TO FILE EXHIBIT UNDER SEAL

Before the Court is the Motion by the defendant, Dr. Sarker Aleem, for an Order granting him permission to file two exhibits to a Motion for Summary Judgment he intends to file under seal, and, the Court having considered the motion, hereby finds that the motion is well-taken and should be granted.

IT IS HEREBY ORDERED AND ADJUDGED that the defendant's Exhibit B and Exhibit C to his Motion for Summary Judgment, which are Chancery Court Commitment pleadings concerning Steven Jessie Harris, be filed under seal.

SO ORDERED this the 2nd day of October, 2020.

/s/ Michael P. Mills
**UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI**