IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**RACHEL HARRIS, GUARDIAN OF**
**STEVEN JESSIE HARRIS ON BEHALF**
**OF STEVEN JESSIE HARRIS**                                  **PLAINTIFF**

**V.**                                   **CAUSE NO. 1:18CV00167-MPM-RP**

**CLAY COUNTY, MISSISSIPPI, FORMER**
**SHERIFF LADDIE HUFFMAN, IN HIS**
**INDIVIDUAL AND OFFICIAL CAPACITIES,**
**SHERIFF EDDIE SCOTT, IN HIS**
**INDIVIDUAL AND OFFICIAL CAPACITIES,**
**FORMER DISTRICT ATTORNEY FORREST**
**ALLGOOD, IN HIS INDIVIDUAL AND**
**OFFICIAL CAPACITY, TANYA WEST, R.N., IN**
**HER INDIVIDUAL AND OFFICIAL CAPACITY,**
**PEARSON LIDDDELL, JR., DR. EDMUND**
**MILLER, DR. SARKER ALEEM, DOE DOCTORS**
**1-3, AND JOHN DOES 1-5**                                  **DEFENDANTS**

## ORDER

Before the Court is the motion of defendants Clay County, Mississippi, Sheriff Eddie Scott, and former Sheriff Laddie Huffman, the Clay Defendants, for Leave to file certain exhibits to their motion for summary judgment under seal [Docket # 337]. Clay Defendants seek to seal Exhibits 1, 4, 6, 7, 13, 14, 16, 24, and 25 to the motion, which contain medical records of Steven Jessie Harris ("Harris") or references from medical records from hospitals, and the Clay County jail, deposition testimony discussing Harris's medical treatment, and documents from court proceedings addressing issues related to Harris's mental condition. The Court, having reviewed the motion, finds that the documents in question should be restricted filings with access to counsel of record only to protect the privacy interests of Harris in his medical records.

Accordingly, it is ORDERED that the Clerk of Court shall file Clay Defendants subject exhibits with restricted CM/ECF access to counsel of record only, and that the documents shall be sealed from public access only.

SO ORDERED, this the 23rd day of March, 2021.

    /s/ Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI