IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RACHEL HARRIS, GUARDIAN OF
STEVEN JESSIE HARRIS                                                                   PLAINTIFF

V.                                                                                          NO. 1:18CV167 M-P

CLAY COUNTY, MISSISSIPPI et al                                                     DEFENDANTS

## ORDER

In light of the February 8, 2022 stipulation of dismissal of plaintiff's claims against Edmund Miller, MD, he is hereby terminated as a defendant in this action.

This, the 9th day of February, 2022.

          /s/Michael P. Mills
          U.S. DISTRICT JUDGE
          NORTHERN DISTRICT OF MISSISSIPPI