# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**RACHEL HARRIS, GUARDIAN OF**
**STEVEN JESSIE HARRIS ON BEHALF**
**OF STEVEN JESSIE HARRIS**     **PLAINTIFF**

**V.**     **CAUSE NO. 1:18CV00167-MPM-RP**

**CLAY COUNTY, MISSISSIPPI, et al.**     **DEFENDANTS**

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

1. The undersigned Counsel Katherine Kerby and the Kerby Law Firm, LLC entered an appearance in this cause as counsel for Defendants Clay County, Mississippi, Eddie Scott, and Laddie Huffman.

2. Katherine Kerby and the Kerby Law Firm LLC Move to withdraw as Counsel for said parties based on the sudden critical illness and death of Counse's spouse and related issues.

3. The same Defendants have additional and other counsel and are presently represented by Rebecca Cowan of the Currie Johnson and Myers law firm of Flowood, Mississippi. Said Counsel is substitute Counsel for the undersigned and for the same Parties. Rebecca Cowan entered an appearnce in this cause at docket #390 for the noted Defendants. The contact information for Rebecca Cowan is Currie Johnson & Myes, P.A., Post Office Box 750, Jackson, MS 39205, telephone 601-969-1010, email address of bcowan@curriejohnson.com, and fax of 601-969-5120.

4. No prejudice will occur to any other parties if this motion is granted.

5. Katherine Kerby and the Kerby Law Firm, LLC respectfully request that this

Court enter an order allowing her to withdraw as Counsel for Defendants Clay County, Mississippi, Eddie Scott, and Laddie Huffman.

Respectfully Submitted this the 25th day of April, 2022 by Clay County, Mississippi, Eddie Scott, and Laddie Huffman.

*Katherine S. Kerby, MSB # 3584*

One of their Attorneys

OF COUNSEL:
Katherine S. Kerby, MSB# 3584
KERBY LAW FIRM, LLC
Mailing Address: Post Office Box 551
Columbus, MS 39703
Phone: (662) 889-3733
FAX # 662-328-9553
email: ksearcyk@bellsouth.net

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all Counsel of record for all parties as well as served a copy of same on substitute Counsel Rebecca Cowan at bcowan@curriejohnson.com.

So Certified, this the 25th day of April, 2022.

/s/ *Katherine S. Kerby*
KATHERINE S. KERBY