# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

RACHEL HARRIS, GUARDIAN OF
STEVEN JESSIE HARRIS ON BEHALF
OF STEVEN JESSIE HARRIS                                                                    PLAINTIFF

V.                                                            CAUSE NO. 1:18CV00167-MPM-RP

CLAY COUNTY, MISSISSIPPI, et al.                                                        DEFENDANTS

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

Katherine S. Kerby and the Kerby Law Firm LLC appeared of record in this cause as counsel for Defendants Clay County, Mississippi, Eddie Scott, and Laddie Huffman. Katherine Kerby and the Kerby Law Firm LLC filed a Motion to withdraw as Counsel for said parties citing the sudden critical illness and death of Counsel's spouse and issues related to same. The same Defendants had additional and other counsel of record file an Entry of Appearance on April 25, 2022 at Docket #390. Katherine S. Kerby and the Kerby Law Firm LLC are hereby allowed to be withdrawn as Counsel of record for Defendants Clay County, Mississippi, Eddie Scott, and Laddie Huffman.

So ordered this the 25th day of April, 2022.

                                                /s/ Roy Percy
                                                United States Magistrate Judge Roy Percy